UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, *on behalf of all others similarly situated*,

                Plaintiff,

-v-

CAT5 COMMERCE, LLC,

                Defendant.

22-CV-106 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Cat5 Commerce, LLC ("Cat5"), has filed a letter motion (Dkt. No. 6) requesting that this action be stayed for three months so that Cat5 can investigate and remediate any ADA violations. Plaintiff Yensy Contreras has not responded.

    Cat5's request is GRANTED. The parties are directed to file a status report on or before May 9, 2022.

    The Clerk of Court is directed to close the motion at Dkt. No. 6 and to mark this case as stayed.

    SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                    J. PAUL OETKEN
                                    United States District Judge