**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
YENSY CONTRERAS.,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　:　　22-CV-0106 (JHR) (OTW)
　　　　　　　　　　　　　　　　　　　:
　　　　　　-against-　　　　　　　　 :　　**ORDER**
　　　　　　　　　　　　　　　　　　　:
CAT5 COMMERCE, LLC.,　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The **STAY** is hereby lifted. (ECF 10). The Court held an Initial Case Management Conference on March 16, 2023. As discussed at the conference, the Court shall hold a telephonic Pre-Settlement Conference Scheduling Call on **May 4, 2023, at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
Dated: March 16, 2023　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　　　　　　United States Magistrate Judge